IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 24-420** |
| | : | |
| **TANYA WHYTE-FRANCIS** | : | |
| Out of Custody | : | |

**NOTICE OF HEARING**

Take notice that the defendant in the above-entitled case is scheduled for an **ARRAIGNMENT/INITIAL APPEARANCE** on **DECEMBER 11, 2024, AT 2:00 PM** before the **Honorable Kai N. Scott** in **Courtroom 13B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

***GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT NO LATER THAN FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING***

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **This proceeding has been rescheduled from**

*s/Susan Flaherty*
Courtroom Deputy to the
**Hon. Kai N. Scott, US District Court Judge**
Phone: 267-299-7598

Date: December 3, 2024
cc via U.S. Mail: Ms. Whyte-Francis
cc via email: Louis T. Savino, Esq.
Terri A. Marinari, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Court Notices