IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-420 |
| | : | |
| TANYA WHYTE-FRANCIS | | |

### GOVERNMENT'S GUILTY PLEA MEMORANDUM

**I.   INTRODUCTION**

Defendant Tanya Whyte-Francis is charged by information in Count One, with conspiracy to commit bribery, in violation of 18 U.S.C. § 371, and in Count Two, with bribery, in violation of 18 U.S.C. § 201(b)(2). She entered into a guilty plea agreement with the government and agreed to plead guilty to the information and not to contest forfeiture. The Court has scheduled a guilty plea hearing for December 11, 2024.

**II.   PLEA AGREEMENT**

A copy of the signed guilty plea agreement is attached.

**III.   STATUTES CHARGED AND ELEMENTS OF THE OFFENSES**

   **A.   Count One** – **18 U.S.C. § 371 (Conspiracy to commit bribery)**

To establish a violation of 18 U.S.C. § 371, the government must prove:

   1.   That the defendant conspired with at least one other person to do an unlawful act;

   2.   That the defendant did so knowingly and willfully; and

   3.   That an overt act was knowingly committed in furtherance of the conspiracy.

  **B.**  <u>Count Two</u> – 18 U.S.C. § 201 (Bribery)

(b) Whoever-

 (2) being a public official or person selected to be a public official, directly or indirectly, corruptly demands, seeks, receives, accepts, or agrees to receive or accept anything: of value personally or for any other person or entity, in return for:

  (A) being influenced in the performance of any official act;

  (C) being inducted to do or omit to do any act in violation of the official duty of such official of person.

The government must prove:

1. The defendant was a public official, as defined in 18 U.S.C. § 201(a)(l), or person selected to be a public official, as defined in 18 U.S.C. § 201(a)(2)

2. The defendant directly or indirectly demanded, sought, received, accepted, or agreed to receive or accept a thing of value, either personally or for another person or entity

3. The defendant sought, accepted, or agreed to accept the thing of value in return for being influenced in the performance of an "official act," as defined in 18 U.S.C. § 201(a)(3); being influenced to commit or aid in committing or to collude in, or allow, or to make opportunity for the commission of a fraud on the United States; or being induced to do an act or omit to do an act in violation of his/her official duty

4. The defendant acted corruptly

**IV.**  <u>MAXIMUM SENTENCE (STATUTORY)</u>

  **Count One: Conspiracy (18 U.S.C. § 371)**
 A violation of conspiracy carries a maximum penalty of 5 years imprisonment, 3 years supervised release, and a $250,000 fine.

  **Count Two: Bribery (18 U.S.C. § 201(b)(2))**
 A violation of the federal bribery statute carries a maximum penalty of 15 years imprisonment, 3 years supervised release, and a $250,00 fine.

The **total maximum sentence** is: 20 years' imprisonment, up to 3 years' supervised release, a $500,000 fine, and a $200 special assessment.

## V. FACTUAL BASIS

### A. Background

United States Postal Service Office of Inspector General ("USPS OIG") and Homeland Security Investigation ("HSI") began investigating defendant Tanya Whyte-Francis, a USPS postal carrier, after USPS OIG discovered a high volume of Priority Mail packages from the West Coast arriving at the Levittown Post Office for delivery on Whyte-Francis' route. She was assigned to carrier routes at the Levittown Post Office located in Bristol Township, Bucks County, Pennsylvania. The packages were suspicious because they were mailed from California (a known source location) and the addressees on the packages did not live in the residences listed on the packages. Agents began to track Priority Mail parcels destined from California to Whyte-Francis' route. Physical surveillances of Whyte-Francis, while out on her postal route, showed that she did not deliver the suspicious packages to the addresses on the packages. Instead, she handed the packages to two different persons who approached her postal vehicle along her route. Eventually, agents installed a concealed camera on her postal vehicle. The camera recorded Whyte-Francis handing parcels to Person A and Person B on the street along her postal route.

### B. Results of Investigation

On the following dates, Whyte-Francis delivered the Priority mail packages containing marijuana to either Person A or Person B:

#### February 15, 2019

Agents identified two suspicious Priority Mail packages that had been mailed from California on February 12, 2019 to two different addresses on Whyte-Francis' postal route. On February 15, 2019, the two packages (USPS Tracking Numbers xx642679 and xx710032)

were scanned delivered by Whyte-Francis at 11:20 a.m. Whyte-Francis scanned them delivered at the same time. The first package was addressed to Person A. The second package was addressed to "Kaleem Fraites," a known alias of Person B. A review of video surveillance footage showed Person A pulling up to the back of Whyte-Francis' postal vehicle in a silver Mercedes at approximately 11:21 a.m. The video showed Whyte-Francis handing the two packages to Person A. On February 15, 2019, Person B, using an account belonging to "Kaleem Fraites," made a payment via CashApp to Whyte-Francis' account in the amount of $2,000.

February 22, 2019

Agents identified a suspicious Priority Mail package that had been mailed from California on February 20, 2019 to an address on Whyte-Francis' postal route. On February 22, 2019, the package (USPS Tracking Number xx009389) was scanned delivered by Whyte-Francis at 1:09 p.m. The package was addressed to Person A. A review of video surveillance footage revealed Person A walking up to Whyte-Francis' postal vehicle at approximately 1:11 p.m. on the street along Whyte-Francis' postal route. Whyte-Francis can be observed handing the package to Person A. On February 22, 2019, Person B, using an account belonging to "Kaleem Fraites," made a payment via CashApp to Whyte-Francis' account in the amount of $400.

March 2, 2019

Agents identified two Priority Mail packages that had been mailed from California on February 28, 2019 to two different addresses on Whyte-Francis' postal route. On March 2, 2019, two packages (USPS Tracking Numbers xx201793 and xx781142) were scanned delivered by Whyte-Francis at 11:10 a.m. The first package was addressed to Person B. The second package was addressed to "A Ringham." A review of video surveillance footage showed Person A walking up to Whyte-Francis' postal vehicle at approximately 11:13 a.m. Person A

took what appeared to be cash out of his left pocket and tossed it into the back of Whyte-Francis' postal vehicle. Whyte-Francis was observed handing the two packages to Person A. Physical surveillance on March 2, 2019, revealed Person B carrying the two packages, and another package into the Presidential City Apartments, where Person A and Person B were known to reside at the time.

### March 5, 2019

Agents identified a Priority Mail package that had been mailed from California on March 2, 2019 to an address on Whyte-Francis' postal route. On March 5, 2019, a package (USPS Tracking Number xx213018) was scanned delivered by Whyte-Francis at 12:20 p.m. The package was addressed to Person A. A review of video surveillance footage showed Person A pulling up behind Whyte-Francis' postal vehicle at approximately 12:23 p.m. Whyte-Francis was observed handing the package to Person A on the street along her postal route.

### August 10, 2019

Agents identified a Priority Mail package that had been mailed from California on August 7, 2019 to an address on Whyte-Francis' postal route. On August 10, 2019, a Priority mail package (USPS Tracking Number xx210408) was scanned delivered by Whyte-Francis at 3:31 p.m. This package was addressed to Person A. A review of video surveillance footage showed Person B walking up to Whyte-Francis' postal vehicle at approximately 3:52 p.m. Whyte-Francis was observed handing the package to Person B on the street along her route. On August 12, 2019, Person B, using an account belonging to "Kaleem Fraites," made a payment via CashApp to Whyte-Francis' account in the amount of $400.

### October 21, 2019

Agents identified two packages that had been mailed from California on October

18, 2019 to an address on Whyte-Francis' postal route. On October 21, 2019, two packages (USPS Tracking Numbers xx324265 and xx324227) were scanned delivered by Whyte-Francis at 10:49 a.m. Both packages were addressed to "K Fraites."   During physical surveillance, agents observed Whyte-Francis direct a blue Honda Civic to pull onto Mulberry Lane. Person A exited the vehicle and opened the trunk of the Honda. A review of video surveillance footage revealed Person A pulling up to the back of Whyte-Francis' postal vehicle in the blue Honda Civic at approximately 10:54 a.m. Whyte-Francis was observed handing the two packages to Person A. On October 26, 2019, Person B, using an account belonging to "Kaleem Fraites," made a payment via CashApp to Whyte-Francis' account in the amount of $1,200.

<u>November 12, 2019</u>

Agents identified four packages that had been mailed from California on November 9, 2019 to an address on Whyte-Francis' postal route. On November 12, 2019, four Priority Mail packages (USPS Tracking Number xx046396, xx210731, xx209596, and xx703900) were all scanned delivered by Whyte-Francis at 12:40 p.m. All four packages were addressed to "K Fraites." A review of video surveillance footage showed Person A backing up next to Whyte-Francis' postal vehicle in a blue sedan at approximately 2:36 p.m. Whyte-Francis was observed handing the four packages to Person A on the street along her route. On November 16, 2019, Person B, using an account belonging to "Kaleem Fraites," made two payments to Whyte-Francis' account totaling $1,200.

<u>December 2, 2019</u>

Agents identified a Priority Mail package that had been mailed from California on November 30, 2019 to an address on Whyte-Francis' postal route. On December 2, 2019, a package (USPS Tracking Number xx816336) was scanned delivered by Whyte-Francis at 1:46

p.m. This package was addressed to Person A. A review of video surveillance footage showed Person B pulling up behind Whyte-Francis' postal vehicle in a silver Mercedes at approximately 2:55 p.m. Whyte-Francis was observed placing this package outside of her postal vehicle. Moments later, Person B walked up to Whyte-Francis and handed her what appeared to be cash.

June 23, 2020

Agents identified a Priority Mail package that had been mailed from California on June 20, 2020 to an address on Whyte-Francis' postal route. On June 23, 2020, a package (USPS Tracking Number xx704645) was scanned delivered by Whyte-Francis at 2:41 p.m. This package was addressed to Person A. During physical surveillance, agents observed Person A back up next to Whyte-Francis' postal vehicle in a blue Honda Civic. Person A was observed placing the package into the trunk of the Honda.

C.  Statement of Defendant

When interviewed by agents, Whyte-Francis admitted that she was getting paid to deliver packages to Person A and Person B. Whyte-Francis stated the parcels were Priority Mail packages. Some of the parcels had handwritten labels on them while others had preprinted labels.

Whyte-Francis further stated that she met Person B at a party. As she continued to frequent these parties, Person B learned that she worked for the USPS and asked her if she wanted to do something. Whyte-Francis stated she provided Person B with addresses on her postal route for Person B to have packages sent. Person B then advised her when a package was coming. She said the packages were never addressed to the actual residents of the address. Whyte-Francis said she never opened any of the packages, but believed the packages contained marijuana.

Whyte-Francis also said she would track the packages on her phone and when packages

arrived, she would find them in her bin at the Post Office and notify Person B by text that the packages were in. Then, either Person A or Person B picked them up from her on her postal route. Whyte-Francis stated that generally one or two packages at a time and they were approximately 10 to 12 pounds each. She is admitted she would receive cash in return. She explained that, if Person A or Person B did not have cash during the delivery, Person A or Person B would meet up with her afterward and pay her in cash, or Person B would send a payment via CashApp. She said she received approximately $400 per package.

>Respectfully submitted,
>
>JACQUELINE C. ROMERO
>United States Attorney
>
>*/s/ Terri A. Marinari*
>TERRI A. MARINARI
>Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Government's Guilty Plea Memorandum has been sent by email to:

    Louis T. Savino, Esquire

    <u>/s/ Terri A. Marinari</u>
    TERRI A. MARINARI
    Assistant United States Attorney

Dated: 12/5/2024