## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **AUSA:** *Terri A. Marinari, Esq*. |
| | : | |
| **v.** | : | **CRIMINAL NO. 24-420** |
| | : | |
| **TANYA WHYTE-FRANCIS** | : | **Atty:** *Louis Savino, Esq. & Elliot Cohen, Esq.* |
| *Out Of Custody* | : | |

### NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for Sentencing on **September 24, 2026, at 1:00 p.m.** before the **Honorable Kai N. Scott, in Courtroom 13B of the United States District Court, 601 Market Street, Philadelphia, PA 19106**.

***\*\*COUNSEL SHALL SUBMIT SENTENCING MEMORANDA TO THE COURT AND ASSIGNED PROBATION OFFICER NO LATER THAN SEVEN (7) BUSINESS DAYS PRIOR TO THE HEARING.***

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☒ This proceeding has been rescheduled from **August 6, 2026**.

**For additional information, please contact the undersigned.**

**By:** _____**/s/Sue Flaherty**_____

**Susan Flaherty, Courtroom**
**Deputy to the Hon. Kai N. Scott**
**Phone: 267-299-7598**
**Susan_Flaherty@paed.uscourts.gov**

**Date: July 8, 2026**
**cc via U.S. Mail: Ms. Tanya Whyte-Francis**
**cc via email:    Counsel Captioned Above**
**U.S. Marshal**
**Probation**
**Pretrial**
**CSO**
**Court Notices**